UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA WASHINGTON,<br><br>   Plaintiff,<br><br>   v.<br><br>FRANCHISE TAX BOARD, et al.,<br><br>   Defendant. | NO. EDCV 15-1254-DSF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that (1) Defendants' motion to dismiss the Second Amended Complaint is granted without leave to amend; (2) Plaintiff's demand for judgment as a matter of law is denied; and (3) Plaintiff's Demand for Mandamus or Alternative Rule Nisi Relief is denied as moot.

DATED: 6/7/16

DALE S. FISCHER
United States District Judge