UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRANCHISE TAX BOARD, et al.,<br><br>　　　　Defendant. | NO. EDCV 15-1254-DSF (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that judgment is entered for Defendants and the entire action is dismissed with prejudice.

DATED: 6/7/16

_____
DALE S. FISCHER
United States District Judge